**REVERSE and REMAND; and Opinion Filed April 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-12-00051-CV**

_____

**IN THE INTEREST OF E.L.B., A CHILD**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-52691-07**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang-Miers, and Murphy
Opinion by Justice Murphy

This appeal arises out of an order in a suit to modify the parent child relationship, signed by the trial court on October 19, 2011. After the appeal was submitted, we abated the appeal and ordered the parties to attend mediation.

The parties have jointly filed a "Mediated Settlement Agreement" in which they informed the Court they have agreed to settle their dispute. Pursuant to the parties' agreement, we reverse the trial court's October 19, 2011 order and remand the case to the trial court with instructions to enter an agreed order based upon the terms set forth in the Mediated Settlement Agreement.

/Mary Murphy/
MARY MURPHY
JUSTICE

120051F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF E.L.B., A CHILD,

No. 05-12-00051-CV

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-52691-07.
Opinion delivered by Justice Murphy.
Justices FitzGerald and Lang-Miers participating.

In accordance with the Court's opinion of this date, the trial court's October 19, 2011 order is **REVERSED** and this case is **REMANDED** to the trial court with instructions to enter an agreed order based upon the terms set forth in the March 25, 2013 Mediated Settlement Agreement signed by Christina Bouchard and Jason Bouchard. We **ORDER** that each party bear its own costs of appeal.

Judgment entered this 2nd day of April, 2013.

/Mary Murphy/
MARY MURPHY
JUSTICE